CADES SCHUTTE LLP

MILTON M. YASUNAGA      3058-0
1000 Bishop Street, Suite 1200
Honolulu, HI  96813-4212
Telephone:  (808) 521-9200
FAX:  (808) 521-9210
Email:  myasunaga@cades.com

Attorneys for Plaintiff
TERRY SHIBAO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TERRY SHIBAO,<br><br>          Plaintiff,<br><br>     v.<br><br>ALEXANDRA PLUTA,<br><br>          Defendant. | CIVIL NO. 13-00090 KSC<br><br>CERTIFICATE OF SERVICE<br><br>(Re: Plaintiff's First Request For Production of Documents and Things to Defendant) |

### CERTIFICATE OF SERVICE

I hereby certify that, on the July 10, 2013, a true and correct copy of the foregoing was duly served by e-mail and U.S. mail, postage prepaid, on the following at their last known addresses:

ImanageDB:2458071.1

ALEXANDRA PLUTA
9333 Lincoln Blvd., Suite 4233
Los Angeles, CA 90045
E-mail: lexitheartist@gmail.com

Defendant Pro Se

DATED:  Honolulu, Hawaii, July 10, 2013.

CADES SCHUTTE LLP

/s/ Milton M. Yasunaga
MILTON M. YASUNAGA
Attorneys for Plaintiff
TERRY SHIBAO

- 2 -