CADES SCHUTTE LLP

MILTON M. YASUNAGA     3058-0
1000 Bishop Street, Suite 1200
Honolulu, HI 96813-4212
Telephone: (808) 521-9200
FAX: (808) 521-9210
Email: myasunaga@cades.com

Attorneys for Plaintiff
TERRY SHIBAO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TERRY SHIBAO,<br><br>       Plaintiff,<br><br>v.<br><br>ALEXANDRA PLUTA,<br><br>       Defendant. | CIVIL NO. 13-00090 KSC<br><br>PLAINTIFF'S MOTION TO COMPEL DISCOVERY AND FOR EXPENSES/SANCTIONS; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF DARIUSH KEYHANI; CERTIFICATION; DECLARATION OF FRANCES STEPHENSON; DECLARATION OF MILTON M. YASUNAGA; EXHIBITS A-Y; CERTIFICATE OF SERVICE<br><br>Trial: October 7, 2014 |

## PLAINTIFF'S MOTION TO COMPEL DISCOVERY AND FOR EXPENSES/SANCTIONS

Plaintiff TERRY SHIBAO ("Plaintiff") moves for an order compelling Defendant ALEXANDRA PLUTA ("Defendant") to provide the discovery and for expenses/sanctions.

This motion is based on Fed. R. Civ. Pro. Rules 7, 26, 33, 34, and 37, and the attached memorandum, declaration, and exhibits.

DATED:  Honolulu, Hawaii, January 31, 2014.

CADES SCHUTTE LLP

/s/ Milton M. Yasunaga
MILTON M. YASUNAGA
Attorneys for Plaintiff
TERRY SHIBAO