THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT HAWAII

| | |
|---|---|
| TERRY SHIBAO D/B/A IMAGING PLUS HAWAII, LLC, <br><br> Plaintiff, <br><br> v. <br><br> ALEXANDRA PLUTA, <br><br> Defendant. | CIVIL NO. 13-00090 KSC <br><br> CERTIFICATION |

## CERTIFICATION

Pursuant to Fed. R. Civ. P. 37(a)(1) and Local Rules of Practice for the United States District Court for the District of Hawaii Rules 37.1 (a) and (b), counsel for Plaintiff attempted to meet and confer with Defendant in a good-faith effort to resolve the discovery matters that are subject of this motion. Plaintiff's counsel emailed Defendant on September 10 and 17, 2013, suggesting dates for a telephone conference and asking Defendant for her availability. Plaintiff also emailed Defendant on November 25, 2013 to remind her that she had not responded to requests to conduct a telephone conference.

Dated: January 29, 2014

Respectfully submitted,

*Darius Keyhani*

Darius Keyhani