login | help | join!

**main** | **browse** | **casting/travel** | **forums** | **shout** | **contests** | **shop** | **edu**    MM# [        ]



 (14) 

● US (lbs/inches)
○ Metric (kg/cms.)

### Details

| | |
|---|---|
| Height: | 5' 9" |
| Weight: | 113 lbs |
| Bust: | 34" |
| Waist: | 24" |
| Hips: | 35" |
| Cup: | B |
| Dress: | 2 |
| Shoe: | 8.5 |
| Hair color: | Blonde |
| Hair length: | Shoulder Length |
| Eye color: | Blue |
| Ethnicity: | Caucasian |
| Skin color: | White |
| Shoot nudes: | No |
| Tattoos: | n/a |
| Piercings: | n/a |
| Experience: | Very Experienced |
| Compensation: | Depends on Assignment |
| Genres: | Acting |
| | Art |
| | Bodypaint |
| | Dance |
| | Editorial |
| | Fashion |
| | Hair/Makeup |
| | Lifestyle |
| | Lingerie |
| | Performance Artist |
| | Pinup |
| | Promotional Modeling |
| | Runway |
| | Spokesperson / |

**Alexandra Pluta**
Female
23 years old
PLAYA DEL REY, California, US
My Official Page

Mayhem #**1907523**
Model

**MM URL:** http://www.modelmayhem.com/alexandrapluta

#### About me

I have a new profile please add me there!!! ====> Mayhem #2768529

Look for me on Kateswim.com modeling the 2013 Kapa Kala Collection! <3

I love collaborating, and I am always interested in working with photographers, designers, wardrobe stylists and make up artists. However, I do own an extensive and unique wardrobe, and I am skilled with hair and makeup, so a team is not necessary.(But preferred as it's nice to just focus on performance ^.^)

My TF work is very limited. However, if you have a project with a unique concept, good exposure, or a quality team involved, I would love to hear about it! Otherwise my rates are reasonable and flexible, please feel free to message me!

**No nudes**

I have been published in May 2011 Playboy Magazine on the Grapevine page as well as posing and walking in shows for local Hawaii designers such Pakaloha Bikinis and for the websites of Chic by Cheri and Kate Swim and am currently the face of their 2013 Kapa Kala Collection! I also have posed for the portfolios of many local photographers and attended the Susan Page Modeling school in Maui, HI. Through countless editorial swimsuit and glamour shoots I've gained immense amounts of experience and use my unique dance and acting back round to find my posing inspiration and passion that comes through the eye of the camera.

BIO

"Your from Hawaii? But your not tan.." will be something I will always be accustomed to hearing. ha ha Yes, I am a Maui girl, born at Maui Memorial hospital and honing a childhood of memories involving May Day celebrations, Maui Onion eating contests, birthday parties at beach parks, and being mistaken for a tourist chick. There are many pros and cons to growing up on and island, but respect and culture become embedded into you, and money and material gain are not associated with happiness and success. I think that out ways all the cons. ;)

I was brought into a world full of musical creativity, fashion, and performance. My mother was a former model, studied voice, and directed musical theater and grandmother was a costumier for MGM Studios. Looking back now I really lived out a little girls dream, playing dress-up with my sister at two different houses in vintage costumes worn in "Singing in the Rain" and other classic MGM films whilst watching the classics on TCM. Naughty Marietta, New Moon, and He Done Her Wrong are just a few that have become cherished favorites of mine and have inspired me visually and musically.

While not donning over-sized petticoats and vintage gowns and parading about the house, my mother enrolled me in dance lessons at the Maui Academy of Performing Arts (MAPA) at the age of two, and I continued studying dance ranging from Tap,

## EXHIBIT M

Host
Swimwear
Underwater

**Info**

Last activity: Aug 16, 2013
Joined: Oct 25, 2010



Jazz, Ballet and Modern, to Hula and Hip-Hop for six years on Maui. When I was 8, my mom thew us for a loop and moved my sister and I(as my parents divorced when I was 4) across the ocean to the small town of Ojai, California. It was difficult to start over but I soon found my groove at the Ojai Dancers Studio, learning Belly dance and continuing Modern and Hip-hop for four years until their unfortunate closing.

I soon replaced my dance lessons with baton twirling, and a passion for singing began to build as I was extremely, involved in my mothers musical theater productions. My sister and I would spend our week nights after rehearsal helping her with costume ideas, stage sets, and watching her try out different choreography for musical numbers in front of us. This became my life, and I found myself performing in 27 productions by the age of sixteen! Once I had my picture published in The Ojai Valley News on the Performing Arts page, I was hooked, and I continued to collect every article from every show we did. I lived, ate, and breathed theatrics... Up to the point of declaring to never repeat the same outfit twice to school. (Which I succeeded in doing, astonishingly.) haha

After making my freshman debut as the only fire-twirling majorette at Nordhoff High school for what was a very roller coaster of a year, I found myself becoming very overwhelmed, and performed in my last production in Ojai. I relocated back to Maui to live with my father, and enrolled in Lahainaluna High School. It was very hard to start over again, but I adjusted. I learned fast that my very out-there style would have to be toned down a bit if I ever wanted to fit in, but I still stayed true to myself... rocking a pair of heels and bows to school every now and then. ;) Lahaianluna didn't have a very strong theater program, so I put the performing arts on the back burner and devoted my time to coaching 11 girls how to baton twirl. We became the first Lahainaluna Majorettes in 65 years, performing fun, choreographed routines at our football and basketball games and even at the Pacific Life Holiday Bowl in San Diego! It was truly an amazing experience teaching those girls, and it taught me a lot as well.

After I graduated from high school, I was approached by and attended the Susan Page modeling school. I fell in love with fashion and make-up all over again, and discovered another creative outlet that my dancing back round could come in handy with. Using my flexibility and dance-inspired poses, my pictures soon caught the eye of local designers. I began modeling for photographer portfolios, numerous brazilian bikini lines, and local designers, eventually walking in their runway shows. I was having a blast but the whole time I was missing singing and music, and felt that I had a lot to say from some hard, and happy times I had been going through that I wanted to express.

After realizing that what I really wanted to do with my life and career required me living on the mainland, I moved back to California in the Spring of 2012 to really jump into my modeling and music career. Spending my youth and defining years in two different home towns rich in different cultures and music has put a spin on my inspiration, sound, and style one wouldn't expect from an Island Girl.. Stay tuned. ;)

**Credits**

"Loved working with Alexandra! Such a joy to be around. She was ready to shoot and came very well prepared. Tons of energy and fun! Hope to shoot with her again, soon!

Oh, and forgot to mention Alexandra is fantastic in front of the camera!"

-Eisen
Mayhem #1810845
Photographer

"Thank you for a fabulous shoot !!:) You are extremely talented, versatile, tireless and fantastic to work with !! I look forward to more !"

-Paul Homsy Photography
Mayhem #1314606

Photographer

**Friends**


Photographer
**Andy Silvers**


Photographer
**Bezzy June**


Photographer
**johel**


Photographer
**Dash Xseventhree**


Photographer
**Rich Drinkard**


Photographer
**FirstGlance Photography**


Photographer
**SPV Photo**


Photographer
**Noble A Photography**


Photographer
**GenuinePhotography**


Model
**Scott van Nieuwenhoven**


Wardrobe Stylist
**Alarick McGlory23**


Photographer
**KatoCeaser**

Alexandra Pluta has **244** friends.

**View all friends**

**Tags**

**Justin Price**
Photographer



2013-07-09 15:26:14
Great look. I'll be in L.A July 27-29 if you're interested in adding high impact images to your portfolio feel free to message me for my rates and availability. I submit to various magazines and websites that can help get you work and exposure.

-Justin Price
www.facebook.com/justinpricephotography

**Charles Barnes**
Photographer

2013-06-19 17:23:05
Beautiful - both you and your images



**Noble A Photography**
Photographer

**2012-10-19 05:26:13**
Nice Port, keep up the wonderful work !!!!

**A son of the Light**
Photographer

**2012-09-13 13:48:32**
Let's shoot!





**Anya Ukraina**
Model

**2012-09-05 16:19:39**
Hello!

I work for an international hair product company based in Los Angeles California. We are searching for female models that are able to work the runway! We have various shows that will be held September 30th, 2012 (Sunday)...this is an all day event.

We are looking for many different looks and hair lengths. Longer hair models are expected to get colour services done by our international artists. Shorter hair models are expected to cut and colour hair as well - as we are a hair product company, the focus is on FAULOSU HAIR!

Models will be compensated and will also receive $150 value in exclusive hair care products.

Model Criteria:

1. 5'7" or taller
2. 110-145 pds.
3. Medium to longer length hair (for specific theme)
4. Short hair (for specific theme)
5. Blonde or Brunette
6. Can walk in highest heels

If you are interested please email me all your info based on the above criteria and some of your best picture(s) as soon as possible to book you for a casting call!
EMAIL: coma-red@hotmail.com

**EvansEye Photography**
Thank you, Anna
Photographer



**2012-09-04 21:07:11**
Love your look, I would like to set up a shoot. Are you interested ?

**mike m images**
Photographer



**2012-08-27 22:25:07**
May Day is lei day in Hawaii......

**eisen**
Photographer



**2012-08-26 22:28:07**
Loved working with Alexandra! Such a joy to be around. She was ready to shoot and came very well prepared. Tons of energy and fun! Hope to shoot with her again, soon!

Oh, and forgot to mention Alexandra is fantastic in front of the camera!

**PaulHomsyPhotography**
Photographer



**2012-08-26 07:22:55**
Thank you for a fabulous shoot !!:) You are extremely talented, versatile, tireless and fantastic to work with !!
I look forward to more !
Paul

**XYST Clothing**
Clothing Designer




**2012-08-21 13:30:03**
Hi Alexandra,

I am looking for a few models to be a Spokesmodels or Promotional model for a Spanish speaking TV network here in LA at a local music Festival. If you are confident and speak fluent Spanish please send me a message with your contact info. The event is this Saturday the 25th

Pay Rate: $25/hr

Time: 2pm-12:30am (Overtime will be given)

Thanks,

Brenda

**Bitter Sweet Mango Prod**
Photographer



**2012-08-20 23:10:22**

Hello! Please take your time to look at my PAID casting. The compensation is very good with all travel and accommodations paid for! :)

Have an awesome day!

PaulMango

---

**HFM photography**
Photographer



**2012-08-18 17:28:02**

I'll be in the area, here's the casting call http://www.modelmayhem.com/casting/1550717
Message me know if you'd interested.

---

**PaulHomsyPhotography**
Photographer




**2012-06-20 07:02:26**

Gorgeous look Alexandra !! Would love to do a shoot !

---

**waveguider**
Photographer



**2012-06-19 19:16:26**

Time for a revamp

---

**Brian Rose**
Photographer



**2012-06-12 13:07:19**

I'm not in Venice, but I can get there pretty quickly in my car. So lets talk.

---

**photo tech**

**2012-05-28 12:31:37**

**Photographer**
**Photographer in LA**
Photographer




Great Portfolio!
2012-05-15 02:17:18
:)

**Boogie_Nights**
Model



2012-05-14 10:08:29
Alexandra, i'm a model and musician. would you be interested in working together? :)

**Dominik Fries**
Photographer



2012-05-12 18:43:08
fascinating portfolio! ok, I think sooner or later I have to relocate to SoCal...this is crazy, so many nice locations there... :(

**KevinWallace**
Photographer



2012-05-12 09:36:12
hi Alexandra, a music family huh! thanks for adding me & hope we can shoot sometime. keep in touch

**Lamarque Photography**
Photographer



2012-05-11 23:10:04
Exquisite! You have an terrific look and attitude. Looking forward to seeing what's next.

**Mission Photography**
Photographer

2012-05-11 10:42:18
Stunningly beautiful look, keep up the good work and best wishes ;)

**RK PhotographyHB**
Photographer



2012-03-24 05:24:03
Hey great portfolio, would love to set up a shoot. Drop me an email and lets collaborate. Thanks RKphoto. (email subject Rick)

**W B Photography**
Photographer



2012-02-27 10:31:12
Amazing look!

**Brian Rose**
Photographer



2012-02-21 23:26:53
Hey Now! Let me know if you want to do something together.

**View all tags**

Block this member

main | browse | casting/travel | forums | shout box | help | advertising | contests | share | join the mayhem

more modelmayhem on:  |  |  | edu

©2006-2014 ModelMayhem.com. All Rights Reserved.
MODEL MAYHEM is a registered trademark.
Toggle Worksafe Mode: Off | On
Terms | Privacy | Internet Rank | Careers

