

EXHIBIT P