

EXHIBIT Q