IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TERRY SHIBAO,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ALEXANDRA PLUTA,<br><br>　　　　Defendant. | CIVIL NO. 13-00090 KSC<br><br>CERTIFICATE OF SERVICE |

**CERTIFICATE OF SERVICE**

I hereby certify that, on the January 31, 2014, a true and correct copy of the foregoing was duly served by e-mail and U.S. mail, postage prepaid, on the following at their last known addresses:

>ALEXANDRA PLUTA
>9333 Lincoln Blvd., Suite 4233
>Los Angeles, CA 90045
>E-mail: lexitheartist@gmail.com
>
>Defendant Pro Se

DATED:  Honolulu, Hawaii, January 31, 2014.

>　　　　　　　　　　　CADES SCHUTTE LLP
>
>　　　　　　　　　　　/s/ Milton M. Yasunaga
>　　　　　　　　　　　MILTON M. YASUNAGA
>　　　　　　　　　　　Attorneys for Plaintiff
>　　　　　　　　　　　TERRY SHIBAO

ImanageDB:2647807.1