# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 13-00090KSC |
| CASE NAME: | Terry Shibao vs. Alexandra Pluta |
| ATTYS FOR PLA: | Milton Yasunaga |
| | Dariush Keyhani, by phone |
| ATTYS FOR DEFT: | Alexandra Pluta, Pro Se, by phone |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | FTR C6 |
| DATE: | 3/27/2014 | TIME: | 1:32-1:46pm |

COURT ACTION:   EP: Plaintiff's Motion to Compel Discovery and for Expenses/Sanctions [19].  Pro Se Defendant Alexandra Pluta present by phone.

Motion granted.  Court orders defendant to submit a written response as set out in the request for production of documents, under penalty of perjury, no later than 4/17/14.

The Court also finds that defendant has waived all objections to the discovery requests.

Court awards plaintiff his reasonable fees/expenses in bringing the motion:
Mr. Yasunaga - $1,099.48
Mr. Keyhani - $1,432.28
Ms. Stephenson - $1,421.87
Court will reconsider the award of expenses in the event defendant timely submits proof of her lack of financial ability to pay.

Mr. Yasunaga to prepare the Order.

Submitted by: Shari Afuso, Courtroom Manager