ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 17 2014

at __ o'clock and __ min. __ M.
SUE BEITIA, CLERK

Alexandra Pluta
9333 Lincoln Blvd., Ste. 4233
Los Angeles, CA 90045
Telephone: (808) 214-3612
Email: lexitheartist@gmail.com

Pro Se

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TERRY SHIBAO D/B/A IMAGING PLUS HAWAII, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>ALEXANDRA PLUTA,<br><br>Defendant. | CIVIL NO.: 13-0090 KSC<br><br>DEFENDANT ALEXANDRA PLUTA'S DECLARATION RE: FINANCIAL INABILITY TO PAY |

I, Alexandra Pluta, declare:

1. I am the Defendant in *pro se*.

2. I am indigent.

3. I live with my mother in a two bedroom apartment in Los Angeles, California. My father has been paying the rent.

4. I presently work as a model and do "social media" for Kate Swim, a swimwear company (the "Company"). The Company is supposed to pay me every two (2) weeks

---

DECLARATION RE: FINANCIAL
INABILITY TO PAY                                    1

but payment is somewhat sporadic. They are supposed to pay me approximately $300 every two (2) weeks. When they do, I need and use this money to live including food and clothing.

5. Occasionally my father will deposit a couple of hundred dollars into my account. I have attached my bank account statements for the past six (6) months as Exhibit A. I have no other bank accounts.

6. I was also working during the period from approximately March 2013 to February 2014 on a part-time basis as a sales associate at Bebe in Culver City, California. I am no longer employed there and I was only netting approximately $90/month working there.

7. Many of the screenshots that Plaintiff attached to his moving papers were of shoots I did for no monetary compensation (i.e., for publicity only).

8. Based upon the foregoing, I request that the Court reconsider and withdraw its order to pay attorney's fees. I have responded to the Requests. Exhibit B attached hereto.

Pursuant to 28 USC § 1746, I declare under penalty of perjury under the laws of The United States of America that the foregoing is true and correct and that this Declaration was executed on April 16, 2014 in Los Angeles, California.

Dated: April 16, 2014          By: _____
                                    Alexandra Pluta
                                    *Pro Se*

DECLARATION RE: FINANCIAL
INABILITY TO PAY                              2