CADES SCHUTTE LLP

MILTON M. YASUNAGA        3058-0
1000 Bishop Street, Suite 1200
Honolulu, HI  96813-4212
Telephone:  (808) 521-9200
FAX:  (808) 521-9210
Email:  myasunaga@cades.com

Attorneys for Plaintiff
TERRY SHIBAO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TERRY SHIBAO,<br><br>                Plaintiff,<br><br>    v.<br><br>ALEXANDRA PLUTA,<br><br>                Defendant. | CIVIL NO. 13-00090 KSC<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL DISCOVERY AND FOR EXPENSES/SANCTIONS [DOC. 19]<br><br>Date:     March 27, 2014<br>Time:     1:30 p.m.<br>Judge:   The Hon. Kevin S.C. Chang<br><br>Trial:  October 7, 2014 |

**ORDER GRANTING PLAINTIFF'S MOTION
TO COMPEL DISCOVERY AND FOR
EXPENSES/SANCTIONS [DOC. 19]**

Plaintiff's Motion to Compel Discovery and For Expenses/Sanctions

having come on for hearing before the Honorable Kevin S.C. Chang on

March 27, 2014, at 1:30 p.m., and Plaintiff TERRY SHIBA having appeared by

ImanageDB:2730207.1

Milton M. Yasunaga, Esq. and Dariush Keyhani, Esq. (by phone), and Defendant

ALEXANDRA PLUTA (Pro Se) (by phone), and the Court having reviewed all

memoranda and declarations and exhibits submitted (Defendant not having filed

any opposition memorandum) and heard the arguments of counsel and being

apprised in the premises,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that

Plaintiff's Motion to Compel Discovery and For Expenses/Sanctions is hereby

granted,

The Court orders Defendant to submit a written response as set out in the

request for production of documents, under penalty of perjury, no later than

April 17, 2014.  The Court also finds that Defendant has waived all objections to

the discovery requests.  The Court awards Plaintiff his reasonable fees/expenses in

bringing the motion: Mr. Yasunaga - $1,099.48; Mr. Keyhani - $1,432.28; and Ms.

Stephenson - $1,421.87.  The Court will reconsider the award of expenses in the

event Defendant timely submits proof of her lack of financial ability to pay.

DATED:  Honolulu, Hawaii, April 18, 2014.



Kevin S.C. Chang
United States Magistrate Judge

ImanageDB:2730207.1

- 3 -

APPROVED AS TO FORM:


_____
ALEXANDRA PLUTA
Defendant Pro Se


**_____**

Terry Shibao v. Alexandra Pluta; CV 13-00090 KSC; ORDER GRANTING
PLAINTIFF'S MOTION TO COMPEL DISCOVERY AND FOR
EXPENSES/SANCTIONS [DOC. 19]

ImanageDB:2730207.1