# MINUTES

CASE NUMBER: CV 13-00090KSC

CASE NAME: Terry Shibao vs. Alexandra Pluta

ATTYS FOR PLA: Michi Momose for Milton Yasunaga

ATTYS FOR DEFT: no appearance

INTERPRETER:

JUDGE: Kevin S. C. Chang    REPORTER: FTR C7

DATE: 6/13/2014    TIME: 9:35-9:37am

COURT ACTION: EP: Plaintiff's Motion to Amend Scheduling Order [30]. There being no opposition/objection/correspondence, Motion granted. Court extends the Dispositive Motion deadline from 5/7/14 to 7/28/14. Ms. Momose to prepare the Order.

Submitted by: Shari Afuso, Courtroom Manager