CADES SCHUTTE LLP

MILTON M. YASUNAGA      3058-0
MICHI MOMOSE                    9777-0
1000 Bishop Street, Suite 1200
Honolulu, HI  96813-4212
Telephone:  (808) 521-9200
FAX:  (808) 521-9210
Email:  myasunaga@cades.com

Attorneys for Plaintiff
TERRY SHIBAO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TERRY SHIBAO,<br><br>              Plaintiff,<br><br>     v.<br><br>ALEXANDRA PLUTA,<br><br>              Defendant. | **CIVIL NO. 13-00090 KSC**<br><br>**PLAINTIFF'S *EX PARTE* MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF ALL CLAIMS ASSERTED BY PLAINTIFF IN COMPLAINT FILED ON FEBRUARY 26, 2013 AGAINST DEFENDANT ALEXANDRA PLUTA; DECLARATION OF MICHI MOMOSE; EXHIBITS "1"-"3"; [PROPOSED] ORDER GRANTING PLAINTIFF'S *EX PARTE* MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF ALL CLAIMS ASSERTED BY PLAINTIFF IN COMPLAINT FILED ON FEBRUARY 26, 2013 AGAINST DEFENDANT ALEXANDRA PLUTA;** |

CERTIFICATE OF SERVICE

# PLAINTIFF'S *EX PARTE* MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF ALL CLAIMS ASSERTED BY PLAINTIFF IN COMPLAINT FILED ON FEBRUARY 26, 2013 AGAINST DEFENDANT ALEXANDRA PLUTA

Plaintiff TERRY SHIBAO ("**Plaintiff**"), by and through his attorneys, Cades Schutte LLP, hereby moves this Court *ex parte* for an Order Dismissing Without Prejudice All Claims Asserted by Plaintiff in Complaint Filed On February 26, 2013 Against Defendant Alexandra Pluta.

This *ex parte* Motion is made pursuant to Rules 7 and 41(a)(2) of the Federal Rules of Civil Procedure, the court's instructions to Plaintiff's counsel at the status conference on September 26, 2014, and is supported by the attached declaration, exhibits, and the files and records filed herein.

DATED:  Honolulu, Hawaii, October 27, 2014.

CADES SCHUTTE LLP


/s/ Michi Momose
MILTON M. YASUNAGA
MICHI MOMOSE
Attorneys for Plaintiff
TERRY SHIBAO