CADES SCHUTTE LLP

MILTON M. YASUNAGA   3058-0
MICHI MOMOSE         9777-0
1000 Bishop Street, Suite 1200
Honolulu, HI 96813-4212
Telephone: (808) 521-9200
FAX: (808) 521-9210
Email: myasunaga@cades.com

Attorneys for Plaintiff
TERRY SHIBAO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TERRY SHIBAO,<br><br>  Plaintiff,<br><br>v.<br><br>ALEXANDRA PLUTA,<br><br>  Defendant. | **CIVIL NO. 13-00090 KSC**<br><br>**ORDER GRANTING PLAINTIFF'S *EX PARTE* MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF ALL CLAIMS ASSERTED BY PLAINTIFF IN COMPLAINT FILED ON FEBRUARY 26, 2013 AGAINST DEFENDANT ALEXANDRA PLUTA** |

**ORDER GRANTING PLAINTIFF'S *EX PARTE* MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF ALL CLAIMS ASSERTED BY PLAINTIFF IN COMPLAINT FILED ON FEBRUARY 26, 2013 AGAINST DEFENDANT ALEXANDRA PLUTA**

Upon consideration of Plaintiff TERRY SHIBAO's ("**Plaintiff**") *Ex Parte*

Motion for Voluntary Dismissal Without Prejudice of All Claims Asserted by

Plaintiff in Complaint Filed On February 26, 2013 Against Defendant Alexandra Pluta (the "**Motion**"), the Declaration of Michi Momose and the Exhibits attached thereto, and the records and files herein,

IT IS HEREBY ORDERED that Plaintiff's Motion is granted and all claims asserted by Plaintiff in the Complaint filed on February 26, 2013 against Defendant Alexandra Pluta are voluntarily dismissed without prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.   There are no remaining claims in this case.

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii,  October 30, 2014.



Kevin S.C. Chang
United States Magistrate Judge

---

Terry Shibao v. Alexandra Pluta; Civil No. 13-00090 KSC; Order Granting Plaintiff's *Ex Parte* Motion for Voluntary Dismissal Without Prejudice of All Claims Asserted by Plaintiff in Complaint Filed On February 26, 2013 Against Defendant Alexandra Pluta